IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-00183-GCM

| | |
|---|---|
| KENNETH TIDWELL and TIMOTHY TIDWELL, <br> Plaintiffs, <br> v. <br> GTIS I-AIMCAP CHARLOTTE, LLC, <br> Defendant. | ORDER GRANTING ADMISSION PRO HAC VICE |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Kelly F. Bagnall** to appear *Pro Hac Vice*, dated June 28, 2010 [doc. #9].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Ms. Bagnall has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 29, 2010

Graham C. Mullen
United States District Judge